**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION**

| | |
|---|---|
| Capital Resorts Group, LLC d/b/a Capital Vacations, a Delaware limited liability company, | Civil Action No.: 9:25-cv-13124-BHH |
| Plaintiff, | |
| v. | |
| The Stonegate Firm, LLC, CP Online Ventures, LLC, Bradley Post, Adam Colbert, Stonegate Law, LLC, and Dennis Donovan, Esq., | |
| Defendants. | |

**DEFENDANTS' LOCAL RULE 26.01 DISCLOSURES**

Defendants, by and through their undersigned counsel, hereby responds to interrogatories required by Local Civil Rule 26.01 (D.S.C.) as follows:

**A.     State the full name, address, and telephone number of all persons or legal entities who may have subrogation interest in each claim and state the basis and extent of that interest.**

**RESPONSE:** None.

**B.     As to each claim, state whether it should be tried jury or nonjury and why.**

**RESPONSE:** Plaintiff demands a jury trial in its Complaint.

**C.     State whether the party submitting these responses is a publicly-owned company and separately identify (1) any parent corporation and any publicly held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned**

**company of which it is a parent; and (3) each publicly owned company in which the party owns ten percent (10%) or more of the outstanding shares.**

RESPONSE:  Defendants The Stonegate Firm, LLC, CP Online Ventures, and Stonegate Law, LLC are not publicly-owned companies, (1) no publicly-owned company owns 10% or more of any of these entities, (2) none of these entities are parents to a publicly-owned company, and (3) none of these entities owns 10% or more of any publicly-owned company.

**D.     State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). See Local Civ. Rule 3.01 (D.S.C.).**

RESPONSE: Plaintiff filed this action in this Division on the grounds that Stonegate Firm, LLC conducts business in this Division.  (Dkt. 3 para. D.)  Defendants CP Online Ventures, LLC, Bradley Post, and Adam Colvert have filed motions to dismiss Plaintiff's Complaint as to them for lack of personal jurisdiction, thus, they dispute the appropriateness of the Division.  Defendant The Stonegate Firm, LLC does not challenge the appropriateness of the Division.

**E.     Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the**

**identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.**

RESPONSE: Defendants are not aware of any cases related to this action.

**F.      If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.**

RESPONSE: Defendants are properly identified.

**G.      If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe their basis of liability.**

RESPONSE: Defendants do not contend some other person or entity is liable to them for the claims asserted in Plaintiff's Complaint.

**HAYNSWORTH SINKLER BOYD, P.A.**

 /s/Jeffrey T. Stover
Jeffrey Todd Stover, DSC No. 10868
Elliott Condon, DSC No. 13102
134 Meeting Street, 3rd Floor (29401)
Post Office Box 340 (29402-0340)
Charleston, South Carolina 29401
Telephone: (803) 779-3080
jstover@hsblawfirm.com

Robert Y. Knowlton, DSC No. 2380
1201 Main Street, 22nd Floor (29201-3226)
Post Office Box 11889 (29211-1889)
Columbia, South Carolina 29201
Telephone: (803) 779-3080

December 8, 2025                          bknowlton@hsblawfirm.com
Columbia, South Carolina        *Attorneys for Defendants*