# Exhibit A



PURCHASERS: ██████████        Social Security # ██████████
                             Social Security #
                             Social Security #
                             Social Security #
Street Address: ██████████████████        Primary Tel. No: ██████████
                                         Secondary Tel. No: ██████████
                                         Email: ██████████████

Capital Resorts Group, LLC d/b/a Capital Vacations, 2024 Corporate Centre Drive, Suite 101, Myrtle Beach, SC 29577 ("**Seller**") is the developer of the Capital Vacations Club® multi-site timeshare plan, and hereby agrees to sell to the above-referenced purchasers (individually and collectively referred to herein as "Purchaser"), and Purchaser agrees to purchase from Seller, upon the following terms and conditions, a "Capital Plus Membership" in the Capital Vacations Club multi-timeshare plan, which Capital Plus Membership is defined as and consists of a Class A-1 Membership in Capital Vacations Club, Inc. ("**Club Association**") which includes Member Beneficiary Rights and an allocation of appurtenant Capital Points from Seller (as developer of the Capital Vacations Club), pursuant to the terms of this Capital Vacations Club Capital Plus Purchase and Security Agreement ("**Agreement**") and the Trust Declaration. In connection with the sale and conveyance of the Capital Plus Membership, Seller shall designate Purchaser as a Member Beneficiary pursuant to the Second Amended and Restated Declaration and Agreement of Trust of Capital Vacations Club dated as of June 30, 2020 by and between Seller and CRG Club Trust, Inc., a Florida corporation, as "Trustee" (the "**Trust Declaration**"). The Capital Plus Membership is subject to the Trust Declaration and, by execution of this Agreement, Purchaser agrees to be bound by the Trust Declaration and agrees to be designated as a Capital Plus Member thereunder. This Agreement is a "**Capital Plus Purchase Agreement**" as defined and described in the Trust Declaration. Purchaser's Capital Plus Membership is designated as an Annual Vacation Interest. An Annual Vacation Interest allows use of Capital Points each year and is either designated with an "**A**" or has no designation.

The number of Annual Capital Points allocated to the Member is: ██████████

## PURCHASE TERMS

| | | |
|---|---|---|
| 1. | Purchase Price of Capital Plus Membership payable by Purchaser | $ ████ |
| 2. | Enrollment Fee | |
| 3. | Club Initiation Fee (Already Included in Purchase Price (1)) | |
| 4. | Total Purchase Price (U.S. Funds) (Add lines 1 and 2) | $ ████ |
| 5. | **Initial Deposit Received** (CK, MO, MC/VISA, AMEX, DISC) | |
| 6. | Equity Credit | |
| 7. | Balance of Down Payment Required on or before | |
| 8. | Total Down Payment (Add lines 4, 5, and 6) (11.04% of line 3) | |
| 9. | **Amount Financed** for **120 months** at **15.000%** (line 3 minus 7) | $ ████ |
| 10. | **Monthly Payments of** $ ████ beginning on ████ first payment date | |

Seller pays all closing costs and other fees specified payable by Seller in the Closing Disclosure.

Pre-Authorized Automatic Payment Plan Accepted (Initial if "Yes"): ██ ____ ____ ____

I have reviewed and agree to the Purchase Terms above (Initial if "Yes") ██ ____ ____ ____

Purchaser, as a Capital Plus Member, shall be entitled to exercise those Member Beneficiary Rights available to, and shall be subject to the Member/Program Beneficiary Obligations applicable to, Capital Plus Members under the Trust Declaration. Such Member Beneficiary Rights include an annual allocation of the below described Capital Points. Capital Points represent the opportunity to use and enjoy Accommodations and Facilities subject to the Trust Declaration in accordance with the Demand Balancing Standard.

Purchaser's Capital Plus Membership is a timeshare estate within the Capital Vacations Club's Capital Plus Program, which is a nonspecific multi-site timeshare plan created pursuant to and in accordance with the Florida Vacation Plan and Timesharing Act (Parts I and II of Chapter 721, Florida Statutes) ("**Florida Act**"). Capital Plus Membership does not include a direct interest in any specific unit, week or timeshare period, but rather includes the beneficial rights applicable to Capital Plus Members as set forth in this Agreement and the Trust Declaration.

Capital Points are used solely to determine occupancy of Accommodations during a Capital Plus Member's Use Year, although no consideration is paid for Capital Points or for the occupancy allowed thereby; to wit: all purchase price consideration is payable for the acquisition of the Capital Plus Membership. Member's initial Use Year commences on the first day of the month following the full execution of this Agreement, terminates on December 31st of said year, and recurs for each succeeding calendar year thereafter commencing on January 1st of the following year after the date this Agreement has been fully executed. Capital Points are allocated to Annual Vacation Interests and allow occupancy and use of Accommodations each Use Year in accordance with the Club Rules.

Use Year Start Date: ██████████        Anticipated Capital Participation Fee for ██████████

Purchaser shall be obligated to pay Common Assessment Fees, Club Dues and Facility Fee in accordance with the Club Bylaws and as set forth in Paragraph 5 hereof. By execution hereof, Purchaser elects to initially pay such amounts via the Capital Participation Fee method and Purchaser shall be considered a "**Capital Participation Fee Member**" for the duration of such election.

☐ If this box remains unchecked, Purchaser has elected to make advanced monthly payments of estimated Capital Participation Fees, subject to true-up based upon actual Common Assessment Fees, Club Dues and Facility Fees for the applicable year. Checking the box shall result in Purchaser's election to opt-out from such monthly billing.

**Required Disclosures and Signatures Appear on the Following Page – PLEASE READ CAREFULLY**

Initials ██ ____ ____ ____



THIS AGREEMENT IS SUBJECT TO ALL TERMS AND CONDITIONS HEREAFTER SET FORTH, OR ATTACHED HERETO, WHICH ARE INCORPORATED HEREIN BY REFERENCE. BY SIGNING BELOW, PURCHASER ACKNOWLEDGES HAVING READ, UNDERSTOOD, AND AGREED TO ALL SUCH TERMS AND CONDITIONS AND FURTHER ACKNOWLEDGES RECEIPT OF THE CAPITAL VACATIONS CLUB® MULTI-SITE PUBLIC OFFERING STATEMENT AND ANY APPLICABLE COMPONENT SITE AND EXCHANGE COMPANY DISCLOSURE STATEMENT.
NO PURCHASER SHOULD RELY UPON REPRESENTATIONS OTHER THAN THOSE INCLUDED IN THIS AGREEMENT AND IN THE DOCUMENTS REFERRED TO HEREIN. ANY PRIOR REPRESENTATIONS, PROMISES OR AGREEMENTS BETWEEN THE PARTIES CONCERNING THE SUBJECT MATTER OF THIS AGREEMENT ARE HEREBY SUPERSEDED AND MERGED INTO THIS AGREEMENT.

BY SIGNING BELOW, THE PARTIES ACKNOWLEDGE AND AGREE THAT THIS AGREEMENT IS MADE PURSUANT TO A TRANSACTION INVOLVING INTERSTATE COMMERCE AND IN CONSIDERATION OF AND SUBJECT TO A MANDATORY DISPUTE RESOLUTION, MEDIATION AND BINDING ARBITRATION AGREEMENT WHICH IS INCORPORATED HEREIN BY REFERENCE, AND WHICH MAY BE ENFORCED BY THE PARTIES.

BY SIGNING BELOW, THE PARTIES ACKNOWLEDGE THIS CONTRACT CONTAINS CHOICE OF LAW AND FORUM SELECTION PROVISIONS, AS WELL AS PUNITIVE DAMAGE WAIVER AND CLASS ACTION WAIVER AND JURY WAIVER PROVISIONS, ALL OF WHICH MAY BE ENFORCED BY THE PARTIES.

IF YOU EXECUTE THIS AGREEMENT IN SOUTH CAROLINA, YOUR CANCELLATION RIGHTS ARE SUBJECT TO AND PROTECTED BY SOUTH CAROLINA LAW. THE REFERENCES TO THE TEN (10) DAY CANCELLATION PERIOD PUSUANT TO THE FLORIDA STATUTES, CHAPTER 721, CONTAINED IN THE TEXT OF THE PUBLIC OFFERING STATEMENT ARE NOT APPLICABLE TO YOU, AS THEY ONLY APPLY TO THE CONTRACTS EXECUTED IN THE STATE OF FLORIDA. SOUTH CAROLINA LAW PROVIDES YOU WITH THE FOLLOWING CANCELLATION RIGHTS:

THE CLUB DEVELOPER SHALL GIVE PROSPECTIVE PURCHASERS A COPY OF THE CAPITAL VACATIONS CLUB® MULTI SITE PUBLIC OFFERING STATEMENT AND ANY APPLICABLE EXCHANGE COMPANY DISCLOSURE STATEMENT AND AN OPPORTUNITY TO READ AND REVIEW THEM BEFORE THE PURCHASER SIGNS THIS AGREEMENT, BY EXECUTION BELOW, THE PURCHASER ACKNOWLEDGES THAT THE REQUIREMENTS OF THE FOREGOING SENTENCE HAS BEEN SATISFIED.

YOU MAY CANCEL THIS CONTRACT WITHOUT PENALTY OR OBLIGATION WITHIN FIVE (5) DAYS AFTER THE DATE YOU SIGN THIS CONTRACT, NOT INCLUDING SUNDAY IF THAT IS THE FIFTH DAY, OR THE DATE YOU RECEIVE THE DISCLOSURE STATEMENT PURSUANT TO SECTION 27-32-100, WHICHEVER OCCURS LATER, IF YOU DECIDE TO CANCEL, YOU MUST NOTIFY THE VI SELLER IN WRITING OF YOUR INTENT TO CANCEL BY SENDING NOTICE BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, OR BY ANOTHER VERIFIABLE MEANS, TO CAPITAL RESORTS GROUP, LLC, ATTN: CONTRACT ADMINISTRATION, 2024 CORPORATE CENTRE DR, SUITE 101, MYRTLE BEACH, SOUTH CAROLINA 29577.[1]

DATE OF EXECUTION: ▮

PURCHASER:
▮

_____

_____

_____

By: _____ _____
Signature by or on behalf of Seller       Date

YOU CONSENT AND AGREE, IN ORDER FOR US TO PROVIDE SERVICE, PROMOTIONAL OFFERS OR COLLECT ANY AMOUNTS YOU MAY OWE, THAT WE MAY CONTACT YOU BY TELEPHONE AT ANY TELEPHONE NUMBER ASSOCIATED WITH YOU OR YOUR ACCOUNT, INCLUDING WIRELESS TELEPHONE NUMBERS, WHICH MAY RESULT IN CHARGES TO YOU. WE MAY ALSO CONTACT YOU BY SENDING TEXT MESSAGES OR E-MAILS, USING ANY E-MAIL ADDRESS YOU PROVIDED. METHODS OF CONTACT MAY INCLUDE USING PRE-RECORDED/ARTIFICIAL VOICE MESSAGES AND/OR USE OF AN AUTOMATIC DIALING DEVICE. YOUR CONSENT IS NOT A CONDITION OF PURCHASE.

1. "Notify" means delivery of a __written__ notice of cancellation, by any means, to Capital Resorts Group, LLC, Attn: Contract Administration, 2024 Corporate Centre Drive, Suite 101, Myrtle Beach, SC 29577. Requests to cancel delivered verbally, electronically, or to any other address, will not be honored. It shall be a violation of Chapter 721, Florida Statutes, for any person to interfere with the delivery of a notice of cancellation by a Purchaser.

Initials ▮ ____ ____ ____



**BY SIGNING BELOW, I ACKNOWLEDGE AND AGREE THAT I HAVE READ AND UNDERSTAND THE TERMS OF THIS AGREEMENT, THAT I UNDERSTAND MY CANCELLATION RIGHTS REGARDING MY TIMESHARE PURCHASE, AND MY OPT-OUT RIGHTS REGARDING THIS ARBITRATION AGREEMENT, AND THAT I HAVE VOLUNTARILY EXECUTED AND ENTERED INTO THIS AGREEMENT OF MY OWN FREE WILL, AND I AGREE TO BE BOUND BY THE TERMS AND CONDITIONS OF THIS AGREEMENT:**

DATE OF EXECUTION: █████████

PURCHASER:

████████████████

███████████

By:_____

Signature by or on behalf of VI Seller



**CAPITAL VACATIONS CLUB® CAPITAL PLUS**
**PURCHASER/MEMBER BENEFICIARY ACKNOWLEDGMENT**

The undersigned Purchaser(s) are entering into a Capital Vacations Club Capital Plus Purchase and Security Agreement ("**Capital Plus Purchase Agreement**" or "**Purchase Agreement**") with Capital Resorts Group, LLC d/b/a Capital Vacations ("**Seller**") with respect to a Capital Plus Membership (the "**Membership**") in the Capital Vacations Club Multi-site Timeshare Plan (the "**Club**"). Purchaser(s) are asked to acknowledge that each of the items set forth below have been fully explained to them by the person witnessing this document.

___/___ 1. Purchaser(s) have reviewed and understand the terms and conditions of the Purchase Agreement and the concept of the Club. Purchaser(s) understand that my/our Use Year begins ▮▮▮▮ and ends DECEMBER 31ST of every year. Unused Capital Points remaining in your account at the end of your Use Year will expire, unless they are banked prior to the applicable cut-off date within such year in accordance with the Club Rules. Fees and seasonal restrictions may apply to Banked Capital Points. You can allow your family & friends to use your Capital Points subject to the Club Rules.

___/___ 2. Purchaser(s) have taken a tour (in person, video, or wall tour) of one or more Club Component Site resorts prior to executing a Capital Plus Purchase Agreement and other closing documents and acknowledge that they understand the idea and concept of the Club.

___/___ 3. Each accommodation in the Club is assigned the nightly and weekly point value indicated in the Club Point Valuation Schedules, which vary depending on the day of the week, size of the unit, resort location and season. Some Club resorts may have minimum stay requirements.

___/___ 4. Purchaser(s) understand that each Capital Plus Membership is allocated a certain number of Capital Points and that Purchaser(s) may use their allocation of ▮▮▮ Capital Points annually, to reserve use and occupancy of accommodations and facilities in the Club based upon Capital Point Valuation Schedules which are subject to the Demand Balancing Standard. Purchaser(s) understand that all use and occupancy is subject to the Club Rules, including reservation priorities described therein.

___/___ 5. Purchaser(s) acknowledge that this Membership is being purchased for their own personal vacation use and enjoyment and not because of any financial or monetary advantage such as rental income, price appreciation or tax advantage. Purchaser(s) further acknowledge that their Membership and Capital Points may not be used for any commercial purpose whatsoever ("**commercial purpose**" includes, but is not limited to, a use or purpose that the Seller, Club Manager, or the Board of the Club Association could reasonably conclude constitutes a commercial enterprise or which otherwise suggests an intent or expectation to derive profit), all of which Purchaser(s) acknowledge and agree are prohibited and not part of the subject transaction.

___/___ 6. Purchaser(s) acknowledge that they have been advised that (i) No one is authorized to guarantee that Seller or any of its affiliates or partners will repurchase or resell your Membership (or rent usage in connection therewith), or that you will be able to locate potential renters, and (ii) neither the Seller, Seller nor any of its agents, or affiliates is engaged in the resale of any timeshare interest on behalf of any owners and that all owners must secure their own independent real estate broker for resales or handle any such transaction themselves. Purchaser(s) acknowledge that they have not relied upon any statement as to any amount which might be derived from the resale of their timeshare. If you choose to sell or transfer your Membership, certain benefits and privileges, including, but not limited to, Capital Lifestyles and Capital Vacations Loyalty Program, may not be transferred or assigned unless approved by the Seller and Club Manager. The Seller may, from time to time, recommend, or enter into agreements with, independent third-party resellers, however, Seller does not make any resale guarantees nor does it assume any liability in connection with any such resale activities between Purchaser and such third-party resellers.

___/___ 7. Purchaser(s) understand that Capital Participation Fees (inclusive of Common Assessment Fees, Club Dues and Facility Fee) are due and payable each year to Capital Vacations Club, Inc., a Florida non-profit corporation ("**Club Association**"). Purchaser(s) Capital Participation Fees are currently ▮▮▮ and will be due and payable to the Club Association by ▮▮▮ (and by January 1st of each year thereafter), unless Purchaser(s) have elected to pay in advance in equal monthly installments, in which case advance pre-estimated payments are due on the 1st day of each month of the prior year, subject to a true-up based upon the final approved budget for the applicable year. Purchaser(s) understand that the first monthly payment on their Promissory Note (if applicable) will be due and payable ▮▮▮, and that all payments are to be paid in U.S. Funds.

___/___ 8. Purchaser(s) acknowledge that failure to pay Member Beneficiary Obligations, as defined in the Trust Declaration, may result in deletion as a Member Beneficiary. This includes the monthly payments due under any promissory note signed in connection with the purchase and Capital Participation Fees. Purchaser(s) acknowledge that all Promissory Note payments and Capital Participation Fees must be paid current before any reservation will be confirmed and must remain current in order to maintain occupancy in any Club Resort. Additionally Capital Vacations does not provide any refinance assistance.

___/___ 9. Purchaser(s) understand that there are a limited number of pet-friendly accommodations available at certain Capital Club Resorts and that such accommodations are only available upon request and are subject to availability, rules, and other restrictions. Purchaser(s) understand that Seller reserves the right to set and modify pet policies at its discretion, and that a pet deposit may be charged. Purchaser(s) understand that certain Club Resorts may prohibit pets, other than service animals in accordance with the A.D.A. Purchaser(s) understand that commercially reasonable efforts will be made to accommodate special accommodations requests (i.e. handicap accessible, pet-friendly, ground floor, and corner accommodations), however, these types of accommodations are limited and are not guaranteed.

___/___ 10. Purchaser(s) understand that Trading Places International f/k/a, LLC ("**Global Exchange**") is an exchange program made available to certain members of the Club and that certain inventory and exchanges are made available through agreement between the Seller and RCI, LLC ("**RCI**"). No joint venture, partnership or contract of agency exists between RCI, and Seller; however, through Seller's agreement with RCI it submits applications on behalf of Club Members to become members of, and participate in, the RCI Weeks Exchange Program through Seller's corporate membership with RCI via Global Exchange. RCI's responsibility for representations concerning the RCI Weeks Exchange Program is limited to those representations made in materials supplied by RCI. While it is anticipated that the Seller and RCI will maintain an ongoing relationship, there is no assurance that the agreement between Seller and RCI will continue. Similarly, RCI makes no representations as to the continued viability of the Club. Your decision to purchase should be based primarily upon the benefits to be gained from ownership and use of your vacation ownership interest in the Club and membership in Global Exchange and not upon the RCI Weeks Exchange Program. Purchaser(s) agree to abide by the RCI Terms and Conditions governing the RCI Weeks Exchange Program.

___/___ 11. Purchaser(s) acknowledge that during the negotiations of their Capital Plus Purchase Agreement, no duress or undue influence was used by Seller or its agents, or their respective representatives, or any other person that affected the Purchaser(s) decision to purchase. Purchaser(s) acknowledge they are of legal age to enter into the Capital Plus Purchase Agreement, that the Capital Plus Purchase Agreement does not constitute an undue hardship or financial burden on Purchaser(s), and that Purchaser(s) are otherwise competent and legally capable to enter into their Purchase Agreement.

___/___ 12. I hereby consent, request and agree to receive calls, including autodialed and/or pre-recorded telemarketing calls, SMS messages, texts and/or emails, from or on behalf of Capital Resorts Group, LLC d/b/a Capital Vacations and/or Seller at the telephone number, address and email provided. I understand that my consent is not a condition of purchase.

___/___ 13. Program, and Purchaser understands that Capital Lifestyles + Program benefits are subject to change in Seller's sole discretion.

___/___ 14. Purchaser elects to enroll in Trading Places International, and Purchaser acknowledges and agrees that membership in, and use of, TPI is subject to the TPI Rules and Regulations found at www.capitalvacationsclub.com/Destinality/tradingplaces (the "**Rules**"), as may be amended from time to time, and purchaser acknowledges and understands that the Rules are subject to change in the sole discretion of TPI.

I/WE ACKNOWLEDGE THAT I/WE HAVE READ AND UNDERSTAND ALL OF THE ABOVE AS OF THE DATE REFERENCED BELOW.